UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| STURGIS MOTORCYCLE RALLY, INC., | ) | CIV. 11-5052-JLV |
| | ) | |
| Plaintiff, | ) | ORDER DENYING |
| | ) | DEFENDANTS' MOTION |
| vs. | ) | FOR TEMPORARY |
| | ) | RESTRAINING ORDER AND |
| RUSHMORE PHOTO & GIFTS, INC.; JRE, INC.; CAROL NIEMANN; PAUL A. NIEMANN; and BRIAN M. NIEMANN, | ) | PRELIMINARY INJUNCTION |
| Defendants. | ) | |

Pending before the court is a motion for temporary restraining order and preliminary injunction filed by defendants on August 3, 2011. (Docket 21). After giving notice to the plaintiff, the court held an evidentiary hearing on August 5, 2011. (Dockets 24 & 34). Based on the submissions filed in the case, the record made at the hearing, and the court's oral findings, it is hereby

ORDERED that defendants' motion for temporary restraining order and preliminary injunction (Docket 21) is denied.

Dated August 8, 2011.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE