Rushmore Photo and Gifts Inc
1221 Oregon Street
PH (605) 342-0821
Rapid City SD 57701

INVOICE NO.
16539

I N V O I C E

ACCT NO: SCC01
SOLD TO: STURGIS CHAMBER OF COMMERCE
         P O BOX 504
         ATTN: KIM GOEPFERT
         STURGIS SD 57785

SHIP TO: STURGIS CHAMBER OF COMMERCE
         606 ANNA STREET
         ATTN: KIM GOEPFERT
         STURGIS SD 57785

| SALES PO NO. | SHIP VIA | CCLPPD | SHIPPED | TERMS | INVOICE |
|---|---|---|---|---|---|
| WY | | CHG | 07/02/02 | NET 30 | 07/02/02 |

| ORDERED | SHIPPED | ITEM NO | DESCRIPTION | PRICE | EXTENDED |
|---|---|---|---|---|---|
| 50 | 50 | 629095 | POSTCARD-4X6 | 0.10 | 5.00 |



PAID
JUL 18 2002
$ 5.00
CK# 006131

|  |  |
|---|---|
| SALE AMOUNT: | 5.00 |
| TAXABLE TOTAL: | 0.00 |
| SALES TAX: | 0.00 |
| TOTAL: | 5.00 |

******* PLEASE PAY FROM INVOICE *******



EXHIBIT
N31

**STURGIS AREA CHAMBER OF COMMERCE -** Directors Account

006131

Rushmore Photo & Gifts

| | |
|---|---|
| Check Number: | 006131 |
| Check Date: | Jul 15, 2002 |
| Check Amount: | $5.00 |

| Item to be Paid - Description | Amount Paid |
|---|---|
| Post Cards Inv.#16539 | 5.00 |

**Rushmore Photo and Gifts, Inc.**
**1221 Oregon Street**
**Rapid City, SD 57701**
**Phone: (605)342-0821    Fax: (605)342-7508**

# INVOICE

INVOICE NO. 177441A

BILLING PHONE: (605) 347-2556
BILLING FAX:

ACCT. NO.: 787378000
SOLD TO: STURGIS CHAMBER OF COMMERCE
PO BOX 504
ATTN: KIM GOEPFERT
STURGIS, SD 57785

SHIP TO: STURGIS CHAMBER OF COMMERCE
606 ANNA STREET
ATTN: KIM GOEPFERT
STURGIS, SD 57785

| SALES NO. | PURCHASE ORDER NO. | SHIP VIA | SALES-PERSON | DATE SHIPPED | TERMS | INVOICE DATE |
|---|---|---|---|---|---|---|
| 61 | | U.P.S. | CE | 05/26/2003 | NET 30 | 05/26/2003 |

| QUANTITY ORDERED | QUANTITY SHIPPED | BACK ORDERED | ITEM NO. | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 12.0 | 12.0 | 0.0 | 111050 | CALENDAR-STURGIS LAMINATED | 2.0000 | 24.00 |
| 150.0 | 150.0 | 0.0 | 629095 | POSTCARD-4X6 | 0.1000 | 15.00 |

PAID
JUN 1 2003
39.00
0/# 6701

| | |
|---|---|
| SALES AMOUNT | 39.00 |
| TAXABLE TOTAL | 0.00 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| Thank You    TOTAL | 39.00 |

# RUSHMORE PHOTO AND GIFTS, INC.
## 1221 OREGON STREET
### RAPID CITY, SD 57702
### (605)342-0821  FAX:(605)342-7508

CUSTOMER# 787378000 STURGIS CHAMBER OF COMMERCE       ORDER#                  8000005
              606 ANNA STREET
DELIVER   05/26/03  ATTN: KIM GOEPFERT
              STURGIS, SD 57785

| ITEM# | UPC | DESCRIPTION | RETAIL | PRICE | DEPOSIT | ALLOWANCE | QTY | NET |
|-------|-----|-------------|--------|-------|---------|-----------|-----|-----|
| | | SALES | | | | | | |
| 111050 | 53822111508 | CALENDAR-STURGIS LAMINATED | 0.00 | 2.00 | 0.00 | 0.00 | 12 | 24.00 |
| 629095 | 53822629959 | POSTCARD-4X6 | 0.00 | 0.10 | 0.00 | 0.00 | 150 | 15.00 |
| | | TOTAL SALES | | | | | 162 | 39.00 |

_RP23/_
_100-RP229_

ORDER - NOT AN INVOICE       CREDITS              SALES
              NET PRODUCT        0.00                39.00
                                 ---------------    ---------------
                 SUBTOTAL                           39.00
                                                    ---------------
                 BALANCE DUE:                       39.00
                                                    =============

x _MARK_ _____

ORIGINAL

THANK YOU FOR YOUR BUSINESS

LAST PAGE

**STURGIS AREA CHAMBER OF COMMERCE** DIRECTORS ACCOUNT

006701

Rushmore Photo & Gifts

Check Number: 6701
Check Date: Jun 4, 2003

Check Amount: $39.00

| Item to be Paid - Description | Discount Taken | Amount Paid |
| --- | --- | --- |
| Office Inv - Post Cards | | 39.00 |

**Rushmore Photo and Gifts, Inc.**
1221 Oregon Street
Rapid City, SD  57701
Phone: (605)342-0821    Fax: (605)342-7508

**INVOICE**

INVOICE NO. 176656

BILLING PHONE:  (605) 347-2556
BILLING FAX:

ACCT. NO.:  787378000
SOLD TO:  STURGIS CHAMBER OF COMMERCE
PO BOX 504
ATTN: KIM GOEPFERT
STURGIS, SD 57785

SHIP TO:  STURGIS CHAMBER OF COMMERCE
606 ANNA STREET
ATTN: KIM GOEPFERT
STURGIS, SD 57785

| SALES NO. | PURCHASE ORDER NO. | SHIP VIA | SALES-PERSON | DATE SHIPPED | TERMS | INVOICE DATE |
|---|---|---|---|---|---|---|
| 14 | | U.P.S. | CE | 04/18/2003 | NET 30 | 04/18/2003 |

| QUANTITY ORDERED | QUANTITY SHIPPED | BACK ORDERED | ITEM NO. | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 550.0 | 550.0 | 0.0 | 629095 | POSTCARD-4X6 | 0.1000 | 55.00 |

PAID
MAY 02 2003
$55.00
CK # 0006032

| | SALES AMOUNT | 55.00 |
|---|---|---|
| | TAXABLE TOTAL | 0.00 |
| | SALES TAX | 0.00 |
| | FREIGHT | 0.00 |
| Thank You | TOTAL | 55.00 |

8913023 (9803)



# Rushmore Photo & Gifts

1221 Oregon Street
Rapid City, SD 57701
605-342-0821 fax 605-342-7508

**Invoice no.**

*Invoice*
4.21.03

| Customer | |
|---|---|
| Name | Sturgis Commerce |
| Address | |
| City | STATE ___ ZIP ___ |
| Phone | Sturgis |

| | |
|---|---|
| Date | |
| Customer No. | 787378000 |
| Salesperson | Kirby/CB |

| Qty | Item Code | Description | | |
|---|---|---|---|---|
| | 629095 | RP 250 | | |
| | | RP 255 | | |
| | | RP 269 | | |
| | | RP 276 | | |
| 550 | | RP 283 | | |
| | | RP 313 | | |
| | | RP 315 | | |
| | | GN 104 | | |
| | | RP 408 | | |
| | | RP 430 | | |
| | | RP 491 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### Invoice Details

○
◉
○

Invoice

_____
_____

| Office Use Only |
|---|
| |

*This is an invoice. A computer invoice will follow. We reserve the right to change our prices at any time, you will receive the most recent price on your invoice.*

*Thank you for your business.*

**STURGIS AREA CHAMBER OF COMMERCE** DIRECTORS ACCOUNT

006632

Rushmore Photo & Gifts

Check Number: 6632
Check Date: Apr 28, 2003

Check Amount: $55.00

| Item to be Paid - Description | Discount Taken | Amount Paid |
|---|---|---|
| Office Inv - Post Cards | | 55.00 |



BULL BUFFALO













# STURGIS

## Rally & Races

Black Hills • South Dakota























# STURGIS RALLY

# 2004



## January
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  |  |  |  | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

## February
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 |  |  |  |  |  |  |

## March
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |  |  |  |

## April
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  |  |  |  | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 |  |

## May
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 / 30 | 24 / 31 | 25 | 26 | 27 | 28 | 29 |

## June
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  |  | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 |  |  |  |





# 2004

## July
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

## August
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 |   |   |   |   |

## September
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 |   |   |

## October
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 |   |   |   |   |   |   |

## November
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 |   |   |   |   |

## December
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |   |