Rushmore Photo and Gifts Inc
1221 Oregon Street
PH (605) 342-0821
Rapid City SD 57701

INVOICE NO.
16539

I N V O I C E

ACCT NO: SCC01
SOLD TO: STURGIS CHAMBER OF COMMERCE
P O BOX 504
ATTN: KIM GOEPFERT
STURGIS SD 57785

SHIP TO: STURGIS CHAMBER OF COMMERCE
606 ANNA STREET
ATTN: KIM GOEPFERT
STURGIS SD 57785

| SALES PO NO. | SHIP VIA | CCLPPD CHG | SHIPPED 07/02/02 | TERMS NET 30 | INVOICE 07/02/02 |
|---|---|---|---|---|---|
| WY | | | | | |

| ORDERED | SHIPPED | ITEM NO | DESCRIPTION | PRICE | EXTENDED |
|---|---|---|---|---|---|
| 50 | 50 | 629095 | POSTCARD-4X6 | 0.10 | 5.00 |



PAID
JUL 18 2002
$ 5.00
CK# 006131

|  |  |
|---|---|
| SALE AMOUNT: | 5.00 |
| TAXABLE TOTAL: | 0.00 |
| SALES TAX: | 0.00 |
| TOTAL: | 5.00 |

******* PLEASE PAY FROM INVOICE *******



EXHIBIT
N31

**STURGIS AREA CHAMBER OF COMMERCE - Directors Account**

006131

Rushmore Photo & Gifts

| | |
|---|---|
| Check Number: | 006131 |
| Check Date: | Jul 15, 2002 |
| Check Amount: | $5.00 |

| Item to be Paid - Description | Amount Paid |
|---|---|
| Post Cards Inv.#16539 | 5.00 |

**Rushmore Photo and Gifts, Inc.**
**1221 Oregon Street**
**Rapid City, SD  57701**
**Phone: (605)342-0821    Fax: (605)342-7508**

# INVOICE

INVOICE NO. 177441A

BILLING PHONE:  (605) 347-2556
BILLING FAX:

ACCT. NO.:  787378000
SOLD TO:  STURGIS CHAMBER OF COMMERCE
PO BOX 504
ATTN: KIM GOEPFERT
STURGIS, SD 57785

SHIP TO:  STURGIS CHAMBER OF COMMERCE
606 ANNA STREET
ATTN: KIM GOEPFERT
STURGIS, SD 57785

| SALES NO. | PURCHASE ORDER NO. | SHIP VIA | SALES-PERSON | DATE SHIPPED | TERMS | INVOICE DATE |
|---|---|---|---|---|---|---|
| 61 | | U.P.S. | CE | 05/26/2003 | NET 30 | 05/26/2003 |

| QUANTITY ORDERED | QUANTITY SHIPPED | BACK ORDERED | ITEM NO. | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 12.0 | 12.0 | 0.0 | 111050 | CALENDAR-STURGIS LAMINATED | 2.0000 | 24.00 |
| 150.0 | 150.0 | 0.0 | 629095 | POSTCARD-4X6 | 0.1000 | 15.00 |

PAID
JUN 1 ? 2003
39.00
OH# 6701

| | |
|---|---|
| SALES AMOUNT | 39.00 |
| TAXABLE TOTAL | 0.00 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **Thank You** TOTAL | 39.00 |

8913023 (9803)

# RUSHMORE PHOTO AND GIFTS, INC.
1221 OREGON STREET
RAPID CITY, SD 57702
(605)342-0821  FAX:(605)342-7508

CUSTOMER# 787378000 STURGIS CHAMBER OF COMMERCE     ORDER#          8000005
606 ANNA STREET
DELIVER    05/26/03  ATTN: KIM GOEPFERT
STURGIS, SD 57785

| ITEM# | UPC | DESCRIPTION | RETAIL | PRICE | DEPOSIT | ALLOWANCE | QTY | NET |
|-------|-----|-------------|--------|-------|---------|-----------|-----|-----|
| | | SALES | | | | | | |
| 111050 | 53822111508 | CALENDAR-STURGIS LAMINATED | 0.00 | 2.00 | 0.00 | 0.00 | 12 | 24.00 |
| 629095 | 53822629959 | POSTCARD-4X6 | 0.00 | 0.10 | 0.00 | 0.00 | 150 | 15.00 |
| | | TOTAL SALES | | | | 162 | | 39.00 |

ORDER - NOT AN INVOICE        CREDITS           SALES
                NET PRODUCT      0.00           39.00
                                ---------------  ---------------
                SUBTOTAL                         39.00
                                ---------------
                BALANCE DUE:                     39.00
                                ===============

x _MARK_____

ORIGINAL

THANK YOU FOR YOUR BUSINESS

LAST PAGE

**STURGIS AREA CHAMBER OF COMMERCE** DIRECTORS ACCOUNT

006701

Rushmore Photo & Gifts

Check Number: 6701
Check Date: Jun 4, 2003

Check Amount: $39.00

| Item to be Paid - Description | Discount Taken | Amount Paid |
| --- | --- | --- |
| Office Inv - Post Cards | | 39.00 |

**Rushmore Photo and Gifts, Inc.**
1221 Oregon Street
Rapid City, SD  57701
Phone: (605)342-0821    Fax: (605)342-7508

**INVOICE**

INVOICE NO. 176656

BILLING PHONE:  (605) 347-2556
BILLING FAX:

ACCT. NO.:  787378000
SOLD TO:  STURGIS CHAMBER OF COMMERCE
PO BOX 504
ATTN: KIM GOEPFERT
STURGIS, SD 57785

SHIP TO:  STURGIS CHAMBER OF COMMERCE
606 ANNA STREET
ATTN: KIM GOEPFERT
STURGIS, SD 57785

| SALES NO. | PURCHASE ORDER NO. | SHIP VIA | SALES-PERSON | DATE SHIPPED | TERMS | INVOICE DATE |
|---|---|---|---|---|---|---|
| 14 | | U.P.S. | CE | 04/18/2003 | NET 30 | 04/18/2003 |

| QUANTITY ORDERED | QUANTITY SHIPPED | BACK ORDERED | ITEM NO. | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 550.0 | 550.0 | 0.0 | 629095 | POSTCARD-4X6 | 0.1000 | 55.00 |

PAID
MAY 02 2003
$55.00
CK # 0006032

| | |
|---|---|
| SALES AMOUNT | 55.00 |
| TAXABLE TOTAL | 0.00 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| Thank You      TOTAL | 55.00 |

8913023 (9803)



# Rushmore Photo & Gifts

1221 Oregon Street
Rapid City, SD 57701
605-342-0821 fax 605-342-7508

Invoice no.

*Invoice*
4.21.03

| Customer | |
|---|---|
| Name | STURGIS Commerce |
| Address | |
| City | STATE _____ ZIP _____ |
| Phone | STURGIS |

| Date | |
|---|---|
| Customer No. | 787378000 |
| Salesperson | Kurby/ CB |

| Qty | Item Code | Description | | |
|---|---|---|---|---|
| | 620.95 | RP 25C | | |
| | | RP 255 | | |
| | | RP 269 | | |
| | | RP 276 | | |
| (550) | | RP 283 | | |
| | | RP 313 | | |
| | | RP 315 | | |
| | | GN 104 | | |
| | | RP 408 | | |
| | | RP 430 | | |
| | | RP 491 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### Invoice Details

○
◉
○

Invoice
_____
_____

Office Use Only

*This is an invoice. A computer invoice will follow. We reserve the right to change our prices at any time, you will receive the most recent price on your invoice.*

*Thank you for your business.*

**STURGIS AREA CHAMBER OF COMMERCE** DIRECTORS ACCOUNT

Rushmore Photo & Gifts

006632

Check Number: 6632
Check Date: Apr 28, 2003

Check Amount: $55.00

| Item to be Paid - Description | Discount Taken | Amount Paid |
|---|---|---|
| Office Inv - Post Cards | | 55.00 |



BULL BUFFALO



































STURGIS RALLY



2004

### January
S M T W T F S

### February
S M T W T F S

### March
S M T W T F S

### April
S M T W T F S

### May
S M T W T F S

### June
S M T W T F S



# STURGIS RALLY



## 2004

### July
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

### August
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

### September
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

### October
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

### November
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | | | | |

### December
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |